

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-12-00863-CV

**SEABRIGHT INSURANCE COMPANY**,
Appellant

v.

Maxima **LOPEZ**, Beneficiary of Candelario Lopez, Deceased,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC 08-484
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court